Gary Huss SBN 57370
Law Office of Gary Huss
5490 E. Liberty Ave.
Fresno, CA. 93727
(559) 832-9010
email: husslers1947@yahoo.com

Attorney for Defendant, SELVIN CASTANON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELVIN CASTANON,<br><br>　　　　　Defendants. | No. 1:09-cr-00272-DAD-BAM-14<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

　　　The parties herein, by and through their respective counsel stipulate that there is good cause to continue the sentencing date based on the declaration of Gary Huss, and that the present sentencing date of June 27, 2016 may be vacated by the Court and a new date of July 25, 2016 at the hour of 10:00 a.m. be set.

　　　Dated: May 30, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Huss
　　　　　　　　　　　　　　　　　　Gary Huss, Attorney for Selvin Castanon

　　　Dated: May 30, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Kathy Servatius
　　　　　　　　　　　　　　　　　　Kathy Servatius, Assistant U.S. Attorney

1

DECLARATION OF GARY HUSS

I, GARY HUSS, declare:

1. I am panel appointed counsel for SELVIN CASTANON.

2. The present sentencing date of June 27, 2016 is in partial conflict with my family vacation, and I also need more time to prepare for sentencing by having additional funds approved for interpreter work on several sentencing letters I have received written in Spanish. I have approximately 7 letters that will have to be interpreted into English for the Court, and believe that the interpreter I use has exhausted to normal approved funds for her work. I have discussed this request with the Prosecutor, Ms. Servatius and she agrees to the next available date of July 25, 2016 at 10 a.m., which is my request.

I declare the above stated facts to be true and correct under penalty of perjury. Executed this _1st_ day of June 2016 in Fresno, California.

_____/s/ Gary Huss_____

Gary Huss, Attorney for Selvin Castanon

### ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties and declaration of Gary Huss, the sentencing date as to Selvin Castanon previously set for June 27, 2016, is continued to July 25, 2016, at 10 a.m., in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 7, 2016**    /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE